

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2020

No. 04-20-00160-CV

**IN RE STEVEN MARCUS AND PAMELA DENISE PAYNE,**

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 17-08-24367-CV
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
Irene Rios, Justice
Beth Watkins, Justice

The Real Parties' in Interest's Unopposed Motion to Extend Briefing Deadline is hereby GRANTED. Time is extended to May 11, 2020.

It is so ORDERED on this 9th day of April, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court